Pioneer Building & Loan Association, appellee, v. W. O. Hall et al., appellants.

Action upon bond. Judgment for plaintiff. Appeal from the County Court of Williamson county; the Hon. A. D. Morgan, Judge, presiding. Heard in this court at the March term, 1926. Reversed and remanded. Opinion filed July 9, 1926.

J. E. Carr and George Sawyer, for appellants. J. H. Clayton, for appellee.

Mr. Justice Higbee delivered the opinion of the court.